USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
## SEALED

**15 CR 346**
No.

HOUSTON DIVISION

USAO Number:  2015R10314
Magistrate Number:

CRIMINAL INDICTMENT        Filed   7/1/2015        Judge:  Miller

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**

KENNETH MAGIDSON, USA          (713) 567-9000

SUZANNE BRADLEY, SAUSA          (713) 567-9555

| | Appt'd | Private |
|---|---|---|
| MKRTICH "MIKE" YEPREMIAN | ☐ | ☐ |
| a.k.a. MIKE YEPREMIAN  (Cts.1-18, 20,22-25) | ☐ | ☐ |
| HARDING DUDLEY ROSS, M.D.     (Cts. 1-11) | ☐ | ☐ |
| FAIZ AHMED, M.D.           (Cts. 1, 12-17) | ☐ | ☐ |
| MICHAEL WAYNE WILSON     (Cts. 1, 8-10, 19) | ☐ | ☐ |
| JERMAINE ANDREW DOLEMAN   (Cts. 1, 4-7) | ☐ | ☐ |
| ERIC DEWAYNE JOHNSON        (Cts. 1, 2-3, 21) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct. 1:  Conspiracy [18 USC § 1349]

Cts. 2-17:  Health Care Fraud [18 USC §§ 1347 and 2]

Cts. 18-21:  Healthcare Kickbacks [42 U.S.C. § 1320a-7b (b)(1) & (b)(2) and 18 U.S.C. § 2]

Ct. 22-25:  Money Laundering [18 U.S.C. 1957]

CHARGE:
(TOTAL)
(COUNTS:)
( 25 )

**PENALTY:**

Ct. 1:      Up to 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment.
Cts. 2-17:   Up to 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment per count.
Cts. 18-21: Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment per count.
Cts. 22-25: Up to 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment per count.

NOTICE OF FORFEITURE [18 USC § 982(a)(7)]
NOTICE OF FORFEITURE [18 USC § 982(a)(1)]

☐ In Jail

**NAME & ADDRESS
of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**