UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FAIZ AHMED, M.D. | §§§§§§§§§§§§§§§§§ CRIMINAL NO:<br>**SEALED**<br><br>**15 CR 346** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A    <u>CRIMINAL INDICTMENT</u>    has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

FAIZ AHMED, M.D.
3010 Grand Elm Circle
Houston, Texas 77068

☐ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on _____7_____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE