UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 0 1 2015

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | CRIM. NO. _____ |
| --- | --- | --- |
| | § | |
| VS. | § | **15CR346** |
| | § | |
| MKRTICH M. YEPREMIAN (1), | § | |
| A.K.A. MIKE YEPREMIAN; | § | |
| HARDING DUDLEY ROSS, M.D. (2); | § | **UNDER SEAL** |
| FAIZ AHMED, M.D. (3); | § | |
| MICHAEL WAYNE WILSON (4); | § | |
| JERMAINE DOLEMAN (5); | § | |
| ERIC JOHNSON (6), | § | |
| DEFENDANTS | § | |

## MOTION TO SEAL

The United States, by and through its undersigned attorney, respectfully requests the Court to enter an Order directing the Clerk of Court to Seal the Indictment, the Motion to Seal, and the Order to Seal.

The United States requests the above-referenced documents to be sealed because premature notice of the Indictment and related documents would jeopardize the ongoing investigation and the ability to obtain the arrest and appearance of the defendants, and would provide defendants an opportunity to flee the jurisdiction of the Court.

It is further ordered that upon the arrest of each defendant, this Indictment, Motion and Order would be automatically unsealed as to each, without a further motion to unseal.

WHEREFORE PREMISES CONSIDERED, the United States respectfully requests the Court to seal the above referenced documents, and that no person shall have access to the same, except the Clerk, or his designated deputies, attorneys for the United States, administrative staff of the United States Attorney's office, including paralegals and legal assistants, and authorized representatives of the FBI and the Texas Medicaid Fraud Control Unit.

**RESPECTFULLY SUBMITTED**

**KENNETH MAGIDSON**
**UNITED STATES ATTORNEY**

*/s/ Suzanne Bradley*
Special Assistant U.S. Attorney
713-567-9555