IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

VS.                                                                                        No. H-15-346

MKRTICH M. YEPREMIAN, et al.

**JOINT UNOPPOSED MOTION FOR AMENDED SCHEDULING ORDER AND TO DESIGNATE CASE AS COMPLEX**

TO THE HONORABLE GRAY MILLER:

All six Defendants file this joint unopposed motion for an amended scheduling order and complex case designation. Defendants request a continuance of all dates under the current scheduling order of at least ninety days on the basis that this case is complex and counsel needs additional time to prepare. The trial date in the current scheduling order denies Defendants the amount of time necessary for effective preparation.

1.   The indictment was issued in this case July 1, 2015. Defendants were arrested and made their initial appearances on July 9, 2015.  Currently, motions are due July 23, 2015 and the pretrial conference/trial is scheduled for August 24, 2015.

2.   Discovery has not yet begun. Over 150 boxes of evidence were seized in search warrants executed around the time of the arrests.  There are over 2 ½ years of recordings of the defendants.  The discovery in this case is voluminous and counsel for defendants plan to work diligently with Assistant U.S. Attorney Suzanne Bradley to review the discovery.   The discovery cannot reasonably be reviewed under the deadlines

of the current scheduling order. 18 U.S.C. §§ 3161(h)(7)(B)(i) and (ii).

3. The indictment contains allegations of a conspiracy to commit health care fraud, health care fraud, payment and receipt of healthcare kickbacks, and money laundering, spanning a period of over 9 years. 18 U.S.C. §§ 3161(h)(7)(B)(i) and (ii).

4. At arraignment, Assistant U.S. Attorney Tina Ansari and defense counsel estimated the trial length as at least two weeks. 18 U.S.C. §§ 3161(h)(7)(B)(i) and (ii).

5. Defendants request an amended scheduling order in order to complete a thorough review of discovery, intelligently and effectively file pretrial motions, and effectively prepare for trial in order to provide effective assistance of counsel. A failure to grant such continuance would likely result in a miscarriage of justice.

6. AUSA Suzanne Bradley is unopposed to this motion.

WHEREFORE, all Defendants, respectfully pray this Court grant this motion, designate this case as complex, and amend the scheduling order, granting Defendants additional time to file motions and continuance of the Pretrial Conference, Jury Selection and Trial for approximately 90 days.

    Respectfully submitted,

/s/ Paul Nugent
Paul Nugent
Heather Peterson
Nugent & Peterson
402 Main St., Suite 800
Houston, TX 77002
Telephone No. (713) 227-4000
Facsimile No. (713) 223-8879
E-mail: info@nugentpeterson.com
Federal No's: 4980 and 22953
**Attorneys for Mkrtich Yepremian**

/s/ Dan W. Richardson
Dan W. Richardson Attorney at Law
710 N. Post Oak Road, Suite 400
Houston, TX 77024
Telephone: 713-821-3151
Facsimile: 713-613-2908
E-mail: dan@dwrichardson-law.com
Texas State Bar Number: 24013397
Southern District of Texas Bar No. 616034
Attorney for Michael Wayne Wilson


/s/ Thomas S. Berg
THOMAS S. BERG
4306 Yoakum Blvd., Suite 400
Houston, Texas 77006
TEL: 713-236-1900
FAX: 713-228-0321
Email: tomberg@msblawyers.com
Attorney for Harding D. Ross, M.D.


/s/ Thomas A. Glenn
2500 City West, Suite 300
Houston, Texas 77042
Telephone: 713-266-4600
Fax: 713-781-7978
E-mail: tag86@sbcglobal.net
Attorney for Eric Johnson


/s/ D. John Leger
D. JOHN LEGER
5718 Westheimer Rd, Suite1525
Houston, Texas 77057 - 5832
713-781-5932 Telephone
 713-781-4186 Facsimile
djohnleger@hotmail.com
State Bar No. 12168000
Attorney for Faiz Ahmed

/s/ Lance Craig Hamm
1200 Rothwell Street
Houston, Texas  77002
Telephone No. 713-659-5377
Facsimile No.   713-588-8727
Email:  lance0312@sbcglobal.net
State Bar No. 24029597
Attorney for Jermaine Doleman

**CERTIFICATE OF CONFERENCE**

Heather Peterson has spoken with AUSA Suzanne Bradley and confirmed that she is unopposed to this motion.

/s/ Heather Peterson
Heather Peterson

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Heather Peterson
Heather Peterson