United States District Court
Southern District of Texas
**ENTERED**
March 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION H-15-346S-7 |
| BOMPA MBOKOSO MOMPIERE | § | |

### ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Bompa Mbokoso Mompiere and find him guilty of Count 1 of the Indictment charging him with conspiracy to commit healthcare fraud, in violation of 18 U.S.C. § 1349. No objections have been filed to the Report and Recommendation of the Magistrate Judge.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, this court finds that the defendant, Bompa Mbokoso Mompiere, is fully competent and capable of entering an informed plea, and that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offense with which he is charged.

Defendant, Bompa Mbokoso Mompiere , is **GUILTY** of the offense of conspiracy to commit healthcare fraud, in violation of 18 U.S.C. § 1349.

Signed at Houston, Texas on March 22, 2016.

Gray H. Miller
United States District Judge