# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **Cr. No. 15-346S** |
| **vs.** | § | |
| | § | |
| | § | |
| **FAIZ AHMED, M.D. (3);** | § | |
| **Defendant** | § | |

## NOTICE UNDER LOCAL RULE 55.2(A) and (B)

The United States files this notice under the local rules regarding the authentication of exhibits under Local Criminal Rule 55.2(A) and objections under Rule 55(B).

The United States filed its exhibit list on October 27, 2016.  All exhibits have been provided to counsel. Trial is set Nov. 14, 2016.

RESPECTFULLY SUBMITTED,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*/s/ Suzanne Bradley*
Special Assistant U.S. Attorney
713-567-9555

## **CERTIFICATE OF SERVICE**

On this 27th day of October, 2016, the United States filed the above notice, and counsel received electronic notification of its filing.

*/s/ Suzanne Bradley*