| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>FAIZ AHMED | HOUSTON DIVISION<br><br>H-CR-15-0346s |

| | |
|---|---|
| **AMENDED GOVERNMENT'S EXHIBIT LIST** |
| Judge:  Miller | CRIMINAL NO.  H-CR-15-0346s |
| Case Manager: | SAUSA:   Suzanne Bradley<br>AUSA:     Jason Knutson |
| Court Reporter: | Defense Attorney:<br>John Ledger |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1A | CD of all Medicare and Medicaid claims data for Crawford, Arca, Care Family, and Empire (affidavits also on CD) | | | | | |
| 1A1 | CD of all Medicare R&S statements for Crawford, Arca, Care Family, and Empire with affidavit | | | | | |
| 1B | Health Integrity Affidavit | | | | | |
| 1C | Medicare application for Crawford with affidavit | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1D | Medicare application for Arca with affidavit | | | | | |
| 1D1 | Secretary of State filing for Arca Medical Clinic certified | | | | | |
| 1E | No exhibit | | | | | |
| 1F | Medicare application for Empire Lab with affidavit | | | | | |
| 1G-I | No exhibit | | | | | |
| 1J | Medicaid application for Empire Lab with affidavit | | | | | |
| 1K | No exhibit | | | | | |
| 1L | Chart showing billed and paid claims as to Ross and Ahmed (1 page) | | | | | |
| 1M-P | No exhibit | | | | | |
| 1Q | Checks and electronic transfers to Dr. Ahmed with summary chart (overt act 32)(x2657) | | | | | |
| 1R | Four checks to Jermaine Doleman from Arca Medical Clinic BOA x2657 | | | | | |
| 1S | No exhibit | | | | | |
| 1T | Summary chart of all Medicare billing by Arca Medical Clinic with Defendant Dr. Ahmed as provider (63 pages) | | | | | |
| 1T1 | Summary chart of procedure codes in percentages for Defendant Dr. Ahmed (2 pages) | | | | | |
| 1T2 | Summary chart of procedure codes in percentages for Defendant Dr. Ross | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 - 4 | No exhibits | | | | | |
| | | | | | | |
| | **L. Armstrong (see count 12)** | | | | | |
| 5 | Care Family Patient file (SW 309 Box 2 Rm G 015-28) | | | | | |
| 5A | No exhibit | | | | | |
| 5B | No exhibit | | | | | |
| 5C | Arca patient file (SW 203 Box 5 Rm B105-166)(count file) | | | | | |
| | | | | | | |
| 6 | No exhibits | | | | | |
| | | | | | | |
| | **O. Owens, Jr.** | | | | | |
| 7 | Crawford Patient file (SW 309 Rm L Box 38 001-58) | | | | | |
| | | | | | | |
| 8 | No exhibit | | | | | |
| | **A. Singleton** | | | | | |
| 9 | No exhibit | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 10-11 | No exhibit | | | | | |
| | **L. Armstrong** | | | | | |
| 12 | (See count 5) | | | | | |
| 12A | Medicare billing data for count 12-13-14 | | | | | |
| 12B | Empire R&S statement 1-5-15 (12 pages) (Counts 12 and 13) | | | | | |
| 12B1 | BBVA Compass x4393 January 2015 statement  $5,185.95 | | | | | |
| 12C | Arca R&S 12-31-14 (5 pages) | | | | | |
| 12D | BOA x2657 January 2015 statement $6,331.62 | | | | | |
| | | | | | | |
| | **O. Owens, Jr.** | | | | | |
| 13 | Arca patient chart (SW 203 Box 10 Rm B – 001-29) (See count 7) | | | | | |
| 13A | Medicare billing data for count 12-11-14 | | | | | |
| 13B | Arca R&S 12-29-14 (4 pages) | | | | | |
| 13C | BOA x2627 December 2014 statement $3,668.24 | | | | | |
| | (See 12B & 12B1 for Empire R&S and bank statement) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Blackmon patient file – Arca (SW 309 Box 49 Rm L 001-96) | | | | | |
| 14B | Blackmon patient file Care Family (SW 309 Box 9 Rm G 047-79)(6-8-15) | | | | | |
| | | | | | | |
| | **W.Blackmon** | | | | | |
| 15 | Arca Patient file (SW 203 Box 12 Rm B 1-35) | | | | | |
| 15A | Medicare billing data for count 12-2-14 (Ahmed) | | | | | |
| 15A1 | Empire R&S 12-29-14 (33 pages) | | | | | |
| 15A2 | BBVA Compass x4393 December 2014 statement ( $14,082.05) | | | | | |
| 15B | Arca R&S 12-18-14 (2 pages) (See 13C bank statement $1,090.46) | | | | | |
| | | | | | | |
| | **M.Brisby** | | | | | |
| 16 | Arca patient file (SW 203 Box 5 Rm B 021-53) | | | | | |
| 16A | Medicare billing data for count 10-25-14 (2 pages) | | | | | |
| 16B | BBVA Compass x4393 November 2014 ($4,648.02) | | | | | |
| 16C | Empire R&S 11-20-14 (10 pages) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16D | Arca R&S 11-12-14 (3 pages) | | | | | |
| 16E | BOA x2657 November 2014 statement $1,804.70 | | | | | |
| | | | | | | |
| | **M.Brisby** | | | | | |
| 17 | Crawford Patient file (SW 309 Box 36 Rm L-001-128)(Crawford 8-13-14) | | | | | |
| | | | | | | |
| | **E.R.Johnson** (See Ex. 21) | | | | | |
| 18 | Crawford Patient file (SW 309 Box 69 Rm L -001-43) | | | | | |
| 18A | Medicare billing for 6-1-15 | | | | | |
| 18B | Empire R&S 6-26-15 (12 pages) (for counts 18-20) | | | | | |
| 18B1 | BBVA Compass x4393 June 2015 statement  $5,806.59 | | | | | |
| 18C | Arca patient file (SW 203 Box 9 Rm B-309-324)(count file) | | | | | |
| 18D | Arca R&S 6-18-15 (3 pages) (for counts 18-20) | | | | | |
| 18D1 | BOA x2657 June 2015 statement $6,335.75 | | | | | |
| | | | | | | |
| | **B. Bell** | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Arca patient file (SW 203 Box 5 Rm B -002-20) | | | | | |
| 19A | Medicare billing for 6-1-15 | | | | | |
| 19B | Arca R&S 6-22-15 (2 pages) (See 18D1 bank statement $1,020.54) | | | | | |
| | (See 18B R&S & 18B1 bank statement) | | | | | |
| | | | | | | |
| | **W. Shepherd** | | | | | |
| 20 | Patient file (SW 203 Box 2 Rm B – 49113) | | | | | |
| 20A | Medicare billing for 6-1-15 | | | | | |
| 20B | Arca R&S 6-19-15 (2 pages) (See 18D1 bank statement $2,206.21) (See 18B R&S; & 18B1 bank statement) | | | | | |
| | | | | | | |
| 21 | **June 1, 2015 Documents** | | | | | |
| 21A | Sign-in sheet for 6-1-15 at Arca Clinic Reflecting E.R. Johnson, B. Bell and W. Shepherd with "Eddie" written to left (SW 203 Box 27 Rm B 0006)(see 44Z) | | | | | |
| 21B | Summary chart of Arca claims on Counts 18-20 | | | | | |
| 21C | Summary chart of Empire claims on Counts 18-20 | | | | | |
| 21D | No exhibit | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22-31 | No exhibits | | | | | |
| | | | | | | |
| | **Bank records** | | | | | |
| 32-32B | No exhibit | | | | | |
| 32C | No Exhibit (see 39A for affidavit) | | | | | |
| 32C1 | Account detail for x2587 | | | | | |
| 32C2 | Account summary for x2587 | | | | | |
| 32C3 | Signature card for x2587 | | | | | |
| 32D | No exhibit | | | | | |
| | | | | | | |
| | **Wells Fargo Bank x5457 M. Yepremian** | | | | | |
| | (See Exhibit 39A) | | | | | |
| | | | | | | |
| | **Bank of America x2657 Arca Medical Clinic** | | | | | |
| 33 | Account detail for x2657 | | | | | |
| 33A | Signature card (2 pages) for x2657 | | | | | |
| 33B | Account Summary for x2657 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 33C | Affidavit for x2657 | | | | | |
| | | | | | | |
| | **Bank of America x2192 F. Ahmed** | | | | | |
| 33E | No Exhibit (Affidavit see 39A) | | | | | |
| 33E1 | Signature card for x2192 | | | | | |
| 33E2 | Account Detail for x2192 | | | | | |
| 33E3 | Account Summary for x2192 | | | | | |
| | | | | | | |
| | **Bank of America x3786 MD Medical Services** | | | | | |
| 33F | Affidavit for x3786 | | | | | |
| 33F1 | Signature card for x3786 | | | | | |
| 33F2 | Account Detail for x3786 | | | | | |
| 33F3 | Account Summary for x3786 | | | | | |
| | | | | | | |
| | **Bank of America x7031 A. Rocha** | | | | | |
| 33G | BOA x7031 (Rocha account) Account detail | | | | | |
| 33G1 | Account Summary for x7031 | | | | | |
| 33G2 | Signature card for x7031 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | (see 33F for Affidavit) | | | | | |
| | | | | | | |
| 34 | **No exhibit** | | | | | |
| | | | | | | |
| | **Bank of America x3092 Crawford** | | | | | |
| 35 | Account detail for x3092 | | | | | |
| 35A | Signature card (2 pages) | | | | | |
| 35A1 | Affidavits for x3092 | | | | | |
| 35B | Account summary for x3092 | | | | | |
| 35C | Ann Rocha summary of payments from accounts x3092, 2657, 3333, 6648 and 5457, with attached checks | | | | | |
| | | | | | | |
| 36-39 | No exhibit | | | | | |
| 39A | CD of Bank Accounts: BOA x2192, x2587, x2657, x3333, x3092, x6241, x3786, x7031, WFB x6648, x5457, and BBVA Compass x4393 | | | | | |
| | | | | | | |
| | **Tapes/ recordings** | | | | | |
| 40A-B | No exhibit | | | | | |

|  | **Eddie Taylor tape (1D6)** |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 40C1 | Clip (3:36-3:40 approx.)(no transcript) |  |  |  |  |  |
| 40C2 | Clip (3:41-3:47 approx.)(no transcript) |  |  |  |  |  |
|  | **Eddie Taylor tape (1D7)** |  |  |  |  |  |
| 40D1 | Clip (3:33-3:35 approx.)(no transcript) |  |  |  |  |  |
| 40D2 | Clip (3:46-3:47 approx.)(no transcript) |  |  |  |  |  |
| 41-43 | No exhibits |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | **Items from Office – Room 206 Office** |  |  |  |  |  |
| 44L | 2 page fax to Texas Physician Assistant Board with Dr. Ahmed noted (SW 206 Rm B Box 6 031-32) |  |  |  |  |  |
| 44Z | June 2015 Arca patient sign-in logs (SW 206 Box 4 Rm B -078-93) (see 20A) |  |  |  |  |  |
| 44X-BB | No exhibit |  |  |  |  |  |
| 44DD | Lists of patient names with identifiers with "Eric" (SW 206 Box 4 Rm B -39,47-50, 52-53, 94-95) |  |  |  |  |  |
| 44LL | Arca prescription for Yepremian, signed by Dr. Ahmed (SW 206 Box 4 Rm B – 54) |  |  |  |  |  |
| 45F | Arca Grand Opening flyer (SW 309 Box 21 Rm E – 014) |  |  |  |  |  |

|  | **Crawford/Arca Search Warrant items Room 203** |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 46A | Two press releases on Health Care cases (SW 203 Box 29 Room B 027-29) |  |  |  |  |  |
| 46B-F | No exhibit |  |  |  |  |  |
| 46H | "Patients from Jermaine/Baptist Home Health" (SW 203 Box 29 Rm B – 092, 123-25; 132-133) |  |  |  |  |  |
| 46I | Arca fax cover sheets from Rasha Home Health (SW 203 Box 29 Rm B - 006-7, 30, 8690, 102, 103, 129) |  |  |  |  |  |
| 46J-K | No exhibit |  |  |  |  |  |
| 46L | Fax with patient names SW 203 Box 29 Rm B 112-113 |  |  |  |  |  |
| 46M | Fax cover sheets from Arca about Ivory Health Care (SW 203 Box 29 Rm B- 008-14, 16-19, 21-25, 65-66, 69, 72-74) |  |  |  |  |  |
| 46N | Fax cover sheets from Arca about Pri Home Health Care with notations "Ahmed" (at Bates 52) (SW 203 Box 29 Rm B - 043, 45-48, 5155, 75-76) |  |  |  |  |  |
| 46O | Fax coversheets from Arca about Empathy Home Healthcare (SW 203 Box 29 Rm B 15, 130-131) |  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46P-Q | No exhibit | | | | | |
| 46R | Arca Sign-in sheets<br>(SW 203 Box 29 Rm B 003, 4, 71, 82, 106, 127);<br>(SW 203 Box 22 Rm B- 002-3) | | | | | |
| 46S-V | No exhibit | | | | | |
| 46W | Dr. Ahmed's list of charts<br>(SW 203 Box 12 Rm B-247-254) | | | | | |
| | | | | | | |
| | **Search warrant items from Empire lab Room 211** | | | | | |
| 47B | Certificate of Registration – Medicare<br>(SW 211 Box 11 Rm B -025) | | | | | |
| 47B1 | CMS letter dated 2007 establishing identification number<br>(SW 211 Box 11 Rm B – 036-37) | | | | | |
| | | | | | | |
| 48 | Marketer Jermaine Doleman Medicare billing (See 46H)(18 pages) | | | | | |
| 49 | Marketer Eric Johnson Medicare claims (58 pages) | | | | | |
| 50-52 | No exhibits | | | | | |
| | | | | | | |
| 53 | Daily appointment report for 5-27-15 (SW 206 Box 4 Rm 8 – 80) | | | | | |
| 53A | Ahmed Empire Medicare billing summary chart for 5-27-15 (4 pages) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 53B | Daily appointment report for 5-27-15 (SW 206 Box 4 Rm 8 – 80) | | | | | |
| 53C | Ahmed Arca billing summary for 5-27-15 (2 pages) | | | | | |
| 53D | T. Deblaw patient file SW 203 Box 11 Rm B 078-95) | | | | | |
| 53D1 | T. Deblaw patient file (SW 309 Box 19 Rm L 1-17) | | | | | |
| 53E | P. Owens patient file (SW 203 Box 1 Rm B 38-52) | | | | | |
| 53F | M. Johnson patient file (SW 203 Box 9 Rm B 001-59) | | | | | |
| 53G | Y. Douglas patient file (SW 203 Box 11 Rm B 001-77) | | | | | |
| 53G1 | Y. Douglas patient file SW 309 Box 33 Rm L 22-54) | | | | | |
| 53H | J. Ross patient file (SW 203 Box 1 Rm B 130-161) | | | | | |
| 53I | E. Perro patient file SW 203 Box 1 Rm B 053-129) | | | | | |
| 53J | E. Johnson patient file (SW 203 Box 9 Rm B 060-110) | | | | | |
| 53J1 | E. Johnson patient file (SW 309 Box 69 Rm L 45-179) | | | | | |
| 54 | Sign in sheet for Arca for Dr. Ahmed 109-14 (SW 206 Box 4 Rm B -106) | | | | | |
| 54A | R. Briggs Arca patient file (10-9-14)(SW 203 Box 5 Rm B 63-104) | | | | | |
| 54A1 | R. Briggs Crawford patient file (June 2014)(SW 309 Box 36 Rm L – 128-213) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54A2 | R. Briggs Care Family patient file (SW 309 Box 9 Rm G – 219-258) | | | | | | |
| 54B | J. LeBlanc (SW 203 Box 13 Rm H 42104) | | | | | | |
| 54B1 | J. LeBlanc (SW 309 Box 70 Rm L 1-41) | | | | | | |
| 54C | T. Johnson (SW 203 Box 13 Rm H 105160) | | | | | | |
| 54D | C. Caston (SW 203 Rm B Box 12 36-64) | | | | | | |
| 54E | D. Flagg (SW 203 Box 13 Rm H 1-41) | | | | | | |
| 54E1 | D. Flagg (SW 309 Box 56 Rm L 61-154) | | | | | | |
| 54F | M. Reese (SW 203 Box 10 Rm B 30-59) | | | | | | |
| 54G | D. Moore (SW 203 Box 1 Rm B 195-229) | | | | | | |
| 54H | S. Green (SW 203 Box 10 Rm B 60-109) | | | | | | |
| | | | | | | | |
| 55 | Arca Medical sign-in sheets with Dr. Ahmed's name (6-24-14) SW 203 Box 29 Rm B – 104 | | | | | | |
| 55A | Patient file E. Woods (SW 309 Box 68 Rm L 1-28) | | | | | | |
| 56 | Arca Medical sign-in sheets with Dr. Ahmed's name SW 203 Box 29 Rm B – 105 | | | | | | |
| 56A | Patient file A. Ross (SW 203 Box 14 Rm B 1-74) | | | | | | |
| 56B | Patient file S. Broussard (SW 203 Box 12 Rm B 65-133) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 56C | Patient file F. Doucette (SW 203 Box 12 Rm B 203-246) | | | | | |
| 56D | Patient file J. Foster (SW 203 Box 11 Rm B 96-163) | | | | | |
| 56E | Patient file T. Cooper (SW 203 Box 12 Rm B 134-202) | | | | | |
| 56F | Patient file R. Laday (SW 203 Box 9 Rm B 147-216) | | | | | |
| | | | | | | |
| 57-1 57A1 | Clip 1 of 9-24-2014 meeting with UC, CHS and Ahmed; transcript | | | | | |
| 57-2 57A2 | Clip 2 of 9-24-2014 meeting with UC, CHS and Ahmed; transcript | | | | | |
| 57-3 57A3 | Clip 3 of 9-24-2014 meeting with UC, CHS and Ahmed; transcript | | | | | |
| 57-4 57A4 | Clip 4 of 9-24-2014 meeting with UC, CHS and Ahmed; transcript | | | | | |
| 57-5 57A5 | Clip 5 of 9-24-2014 meeting with UC, CHS and Ahmed; transcript | | | | | |
| 58 | No exhibit | | | | | |
| 59 | Summary chart of shared patients – Ross and Ahmed (202 pages) | | | | | |
| 59A | Overall shared beneficiaries on CD – Medicare and Medicaid Ross and Ahmed | | | | | |
| 59B | No exhibit | | | | | |
| 59C | Select patients who were billed by both Ross and Ahmed | | | | | |
| | **Rules and Regulations** | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | Section 410.32 Diagnostic regulations | | | | | |
| 60A | 60.2 Services of Non-physician Personnel Furnished Incident To Physician Services | | | | | |
| 60B | LCD on pulmonary test | | | | | |
| | | | | | | |
| | **Title III phone calls** | | | | | |
| 61A 61A1 | CD clip with transcript dated 8-23-2011 (3 pages with certification)(1240) | | | | | |
| 61C 61C1 | CD clip with transcript dated 10-3-2011 (4 pages with certification)(10805) | | | | | |
| 61D 61D1 | CD call with transcript dated 10-5-2011 (3 pages with certification)(11229) | | | | | |
| | **Additional tapes** | | | | | |
| 62 | CD of 9-22-2014 call | | | | | |
| 62A | Transcript of 9-22-2014 | | | | | |
| 62B | CD of 1-24-14 | | | | | |
| 62B1 | Transcript of Telephone Conversation Between Brodsky and Ahmed, dated 1-24-14 (35931) | | | | | |
| | | | | | | |
| 65 | All count beneficiaries showing all billing – Medicare with Ahmed as provider | | | | | |
| 66 | Top 6 Shared Beneficiaries Chart | | | | | |
| 67 | Summary chart of Dr. Ahmed patients | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 67A | CD of scanned patient files for Ex. 67 | | | | | |
| | | | | | | |
| 68 | Verdie Flowers patient chart SW 203 Box 11 Rm B 164-202 | | | | | |
| 68A | Johnnie Winston patient chart S.SW 203 Box 3 Rm B | | | | | |
| 68B | Denobia Anderson patient file (not bates labeled) | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |