United States District Court
Southern District of Texas
**ENTERED**
November 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL ACTION H-15-346-3 |
| | § § § | |
| FAIZ AHMED *on bond* | § | |

## Order

Defendant's opposed motion to travel to Nevada November 17 - November 20, 2016 (Dkt. 272) is DENIED.

Signed at Houston, Texas on November 15, 2016.

_____
Gray H. Miller
United States District Judge