United States District Court
Southern District of Texas
**ENTERED**
November 15, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-15-346-3 |
| | § | |
| | § | |
| FAIZ AHMED *on bond* | § | |

## Order

A status conference will be held in this matter on Tuesday, November 22, 2016 at 11:00 a.m.

in Courtroom 9-D, 515 Rusk, Houston, Texas.  Defendant is ORDERED to appear at the conference.

Signed at Houston, Texas on November 15, 2016.

_____
Gray H. Miller
United States District Judge